**ROANNE L. MANN**                                      **DATE:** November 30, 2021
**UNITED STATES MAGISTRATE JUDGE**          **START:** 4:00 p.m.
                                                                              **END:**   4:45 p.m.

**DOCKET NO:** 18-cv-2909 (WFK)

**CASE:** Jacobs v. The State of New York et al.

☐  INITIAL CONFERENCE                ☐  FAIRNESS HEARING
☐  DISCOVERY CONFERENCE         ☐  FINAL/PRETRIAL CONFERENCE
☐  SETTLEMENT CONFERENCE     X  TELEPHONE CONFERENCE
X  MOTION HEARING                       ☐  INFANT COMPROMISE HEARING

**PLAINTIFF**                                                 **ATTORNEY**

|  |  |
|---|---|
|  | Jon L. Norinsberg, Erica Meyer |
|  |  |

**DEFENDANT**                                              **ATTORNEY**

|  |  |
|---|---|
|  | Amy Luo, Elizabeth Figueira |
|  |  |

☐  **FACT DISCOVERY TO BE COMPLETED BY** _____
☐  **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐  **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐  **PL. TO SERVE DEF. BY:**_____     **DEF. TO SERVE PL. BY:**_____

**RULINGS:   PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Argument heard and rulings made on the record granting in part and deferring decision in part on [47] defendants' motion to compel.  The parties are directed to confer with their respective IT experts, and each other, concerning plaintiff's search for and production of ESI, and file a joint updated status report by December 7, 2021.  Plaintiff withdraws his objections to Interrogatories 11 and 21, and will provide responses thereto, as discussed; plaintiff's objections to Interrogatories 7 and 12 are overruled, except that, to the extent that plaintiff will stipulate to narrow the scope of the alleged chilling effect claimed in his pleading, Interrogatory 12 will be similarly limited in scope.  The January 12, 2022 settlement conference will be held by telephone.